IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANICIA D. HUGHES,  :
    Plaintiff  :
  :
v.  :    CIVIL NO. AMD 98-4201
  :
THE NEW BALTIMORE CITY  :
BOARD OF SCHOOL  :
COMMISSIONERS, et al.,  :
    Defendants  :

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 21st day of October, 1999, by the United States District Court for the District of Maryland, ORDERED

(1) That Defendants' Motion for Summary Judgment BE, and it hereby IS, GRANTED, AND JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS; and it is further ORDERED

(2) That the Clerk CLOSE this case and TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.



ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

